Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
pmankin@paulmankin.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA LAWHORN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICREDIT, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants<br>_____ | Case No. 3:13-cv-01171-JLS-NLS<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

//

Respectfully submitted this 26th day of November, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business Address is 369 S. DOHENY DR. #415 BEVERLY HILLS, CA 90211.

On November 26, 2013, I served the following document(s) described as: **NOTICE OF SETTLEMENT**, on all interested parties in this action by placing:

[X]     a true copy
[ ]     the original thereof enclosed in sealed envelope(s) addressed as follows:

JUNE D. COLEMAN (CSBN 191890)
jcoleman@kmtg.com
DANIELLE R. TEETERS (CSBN 210056)
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

BY Electronic Mail.

[X]     STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2013, at BEVERLY HILLS, California.

By: /s/ Todd M. Friedman
        Todd M. Friedman