Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
pmankin@paulmankin.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISHA LAWHORN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICREDIT, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 3:13-cv-01171-JLS-NLS<br><br>**JOINT REQUEST TO DISMISS WITH PREJUDICE** |

**NOW COME THE PARTIES** by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

**Respectfully submitted this 8th day of January, 2014.**

        By: s/ Todd Friedman_____
             Todd Friedman
             Law Offices of Todd M. Friedman, P.C.
             Attorneys for Plaintiff
             ALISHA LAWHORN

        By: s/James C. Vlahakis_____
             James C. Vlahakis
             Hinshaw & Culbertson, LLP
             Attorney for Defendant
             MEDICREDIT, INC

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 30, 2013.

By: s/ Todd Friedman_____
    Todd Friedman
    Law Offices of Todd M. Friedman, P.C.