# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA LAWHORN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICREDIT, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | CASE NO. 13CV1171 JLS (NLS)<br><br>**ORDER GRANTING JOINT REQUEST TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 31) |

Presently before the Court is the parties' Joint Request to Dismiss with Prejudice. (ECF No. 31). Good cause appearing, the Court **GRANTS** the motion. This case is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

DATED: January 15, 2014

Honorable Janis L. Sammartino
United States District Judge